

FILED
01/07/2025
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 24-0658

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0658

JOHN H. YODER,

Plaintiff and Appellant,

v.

HON. MICHAEL McMAHON, TREVOR
NEWMAN, VICTOR BUNITSKY, KURT
KRUTILLA, HELENA POLICE DEP'T., and
NANCY HAMILTON,

Defendants and Appellees.

FILED

JAN 7 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for Appellee Helena Police Department (HPD) moves this Court for dismissal of this appeal because self-represented Appellant John H. Yoder (Yoder) has not filed his opening brief. M. R. App. P. 13(3). HPD provides that it was unable to contact Yoder about the motion. Yoder has not filed a response.

Yoder appeals an October 22, 2024 Order granting HPD's motion to dismiss and dismissing Yoder's claims with prejudice in the First Judicial District Court, Lewis and Clark County. Yoder commenced a civil action against the parties involved in his 2021 arrest, the prosecution, and his defense as well as the presiding judge in a criminal case. The State moved to dismiss the charges in 2022, which the court granted.

This Court received the District Court record on November 7, 2024. As HPD points out, Yoder's opening brief was due on or before Monday, December 9, 2024. This Court has not received the brief or any motion for an extension of time to file it from Yoder. Therefore,

IT IS ORDERED that HPD's Motion to Dismiss is GRANTED and this appeal is DISMISSED with prejudice.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to John H. Yoder personally.

DATED this _____ day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices
